**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| BOSTON GENERATING, LLC, *et al.*, | ) | Case No. 10-14419 (SCC) |
| Debtors. | ) | |
| CRAIG R. JALBERT, the Liquidating Trustee of the BosGen Liquidating Trust, | ) | |
| Plaintiff, | ) | Adv. Pro. No. 12-01839 (SCC) |
| v. | ) | |
| STALLION COMPANIES, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF ADJOURNMENT**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelly C. Chapman, United States Bankruptcy Judge One Bowling Green, Courtroom 621, New York, New York 10004-1408.

**PLEASE TAKE NOTICE** that the hearing scheduled for 2:00 p.m. on April 10, 2013 regarding the First Pretrial Conference has been adjourned to **10:00 a.m. on July 2, 2013**.

Dated: April 2, 2013

JAGER SMITH P.C.

/s/ Jonathan M. Horne

Bruce F. Smith
Jonathan M. Horne
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Craig R. Jalbert, the Liquidating Trustee of the BosGen Liquidating Trust*

# CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on the 2nd day of April, 2013, I caused true copies of the *Notice of Adjournment* to be served through the Court's CM/ECF system upon all registered electronic filers appearing in these cases, by first class mail, postage prepaid, and by electronic mail, upon the parties set forth below.

/s/ Jonathan M. Horne
__________________________
Jonathan M. Horne

c/o David P. Mullen, Esq.
McGrail Law Office
31 Fremont Street
Needham, Massachusetts 02494
*Counsel to Stallion Companies, LLC*