Bruce F. Smith
Jonathan M. Horne
JAGER SMITH P.C.
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Mark Holliday, Liquidating Trustee*

Presentment Date and Time:
July 2, 2013 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STALLION COMPANIES, LLC,<br><br>Defendant. | Adv. Pro. No. 12-01839 (SCC) |

**NOTICE OF PRESENTMENT OF REQUEST**
**FOR ENTRY OF DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that plaintiff Mark Holliday, the Liquidating Trustee of the BosGen Liquidating Trust, will present the *Request for Entry of Default Judgment* (the "**Request**") submitted herewith to the Hon. Shelley C. Chapman, United States Bankruptcy

Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, for approval on **July 2, 2013 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Request, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Chambers of the Hon. Shelley C. Chapman, United States Bankruptcy Judge, no later than **June 28, 2013 at 4:00 p.m.**, there will not be a hearing and the Request may be granted.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Clerk of the Court will notify the parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving party and any objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: June 11, 2013

JAGER SMITH P.C.

/s/ Jonathan M. Horne

Bruce F. Smith
Steven C. Reingold
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Mark Holliday, Liquidating Trustee*