Bruce F. Smith
Jonathan M. Horne
JAGER SMITH P.C.
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Mark Holliday, Liquidating Trustee*

**Presentment Date and Time:**
**July 2, 2013 at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STALLION COMPANIES, LLC,<br><br>Defendant. | Adv. Pro. No. 12-01839 (SCC) |

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, as the same is made applicable to this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 7055-2(a) of the Local Bankruptcy Rules for the Southern District of New York, plaintiff Mark Holliday, the Liquidating Trustee (the "**Liquidating Trustee**") of the BosGen Liquidating Trust, hereby requests (this "**Request**") that the Court enter a default

judgment in his favor and against defendant Stallion Companies, LLC ("**Stallion**") substantially in the form submitted herewith as Exhibit A.

In support of this Request, the Liquidating Trustee relies upon the *Affidavit of Jonathan M. Horne, Esq. in Support of Request for Entry of Default Judgment* submitted herewith.

**WHEREFORE**, the Liquidating Trustee respectfully requests that the Court enter a default judgment in his favor and against Stallion, substantially in the form submitted herewith as Exhibit A, in the amount of forty-two thousand three hundred and one dollars ($42,301.00), with any post-judgment interest as provided by law.

Dated: June 11, 2013

JAGER SMITH P.C.

/s/ Jonathan M. Horne

Bruce F. Smith
Jonathan M. Horne
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Mark Holliday, Liquidating Trustee*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| BOSTON GENERATING, LLC, *et al.*, | ) | Case No. 10-14419 (SCC) |
| Debtors. | ) | |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, | ) | |
| Plaintiff, | ) | Adv. Pro. No. 12-01839 (SCC) |
| v. | ) | |
| STALLION COMPANIES, LLC, | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

Defendant Stallion Companies, LLC ("**Stallion**") having failed to plead or otherwise defend in this adversary proceeding and his default having been entered;

Now, upon application of plaintiff Mark Holliday, the Liquidating Trustee (the "**Liquidating Trustee**") of the BosGen Liquidating Trust (the "**Liquidating Trust**"), and an affidavit demonstrating that Stallion owes the Liquidating Trust the principal amount of forty-two thousand three hundred and one dollars ($42,301.00), and that Stallion is not an infant or incompetent person or in the military service of the United States;

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Liquidating Trustee recover from Stallion, on behalf of the Liquidating Trust, judgment in the amount of **forty-two**

**thousand three hundred and one dollars ($42,301.00)**, with any post-judgment interest as provided by law.

By the Court,

______________________________

Dated: