Bruce F. Smith
Jonathan M. Horne
JAGER SMITH P.C.
730 Third Avenue, 25th Floor
New York, New York 10017
telephone: (212) 683-3520
email: bsmith@jagersmith.com
jhorne@jagersmith.com

*Counsel to Mark Holliday, Liquidating Trustee*

Presentment Date and Time:
July 2, 2013 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STALLION COMPANIES, LLC,<br><br>Defendant. | Adv. Pro. No. 12-01839 (SCC) |

**AFFIDAVIT OF JONATHAN HORNE IN SUPPORT OF**
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

I, Jonathan M. Horne, hereby make oath and depose as follows:

1. I am an attorney duly admitted to practice in the State of New York and in this Court, and am an associate in the law firm of Jager Smith P.C., which maintains offices for the practice of law at 730 Third Avenue, 25th Floor, New York, New York 10017, and at One Financial Center, Boston, Massachusetts 02111, and which represents plaintiff Mark Holliday,

the Liquidating Trustee (the "**Liquidating Trustee**") of the BosGen Liquidating Trust (the "**Liquidating Trust**"), in this adversary proceeding.

2. I submit this affidavit in support of the *Request for Entry of Default Judgment* (the "**Request**") submitted herewith pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (the "**Civil Rules**"), as the same is made applicable to this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 7055-2(a) of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**").

3. On August 16, 2012, the Liquidating Trustee filed the *Complaint* in this adversary proceeding (the "**Complaint**") which sought to recover two preference payments from defendant Stallion Companies, LLC ("**Stallion**") totaling forty-two thousand three hundred and one dollars ($42,301.00). Specifically, Mystic Development, LLC, a debtor in the above captioned Chapter 11 proceeding, made transfers of $20,000.00 to Stallion on June 20, 2010 and $22,301.00 to Stallion on July 8, 2010, each of which were made on account of an antecedent debt. True and accurate copies of bank records evidencing these transfers are attached hereto as Exhibit B.

4. On August 21, 2012, the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* and a copy of the Complaint were properly served upon Stallion pursuant to Bankruptcy Rule 7004(b)(3) by sending them to Stallion's registered agent authorized to receive service of process, via first class mail, postage prepaid, addressed to Stallion c/o David P. Mullen, Esq., McGrail Law Office, 31 Fremont Street, Needham, Massachusetts. *See* ECF No. 3 (*Certificate of Service*).

5. Stallion was required to answer or otherwise move in respect of the Complaint no later than September 12, 2012.

6. Stallion has not answered or otherwise moved as to the Complaint, and the time within which Stallion may do so has passed.

7. On February 21, 2013, the Clerk of the Court entered the default of Stallion pursuant to Civil Rule 55(a), Bankruptcy Rule 7055 and Local Rule 7055-1. A true and accurate copy of the Clerk's Entry of Default is attached hereto as Exhibit A. *See also* ECF No. 11.

8. Stallion is not an infant or incompetent person, and is not in the military service of the United States or any of its allies, as defined in the Soldiers and Sailors Civil Relief Act of 1940 or the Servicemembers Civil Relief Act.

9. The claims against Stallion are for a sum certain in the amount of forty-two thousand three hundred and one dollars ($42,301.00).

Signed under the pains and penalty of perjury this 11th day of June, 2013.

Jonathan M. Horne

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BOSTON GENERATING, LLC AND CRAIG R. JALBERT

Debtor,

Case No. 10-14419 (SCC)
Chapter 11

CRAIG JALBERT, LIQUIDATING TRUSTEE OF
THE BOSGEN LIQUIDATING TRUST

Plaintiff,

Adv. Pro. No. 12-01839 (SCC)

- against -

STALLION COMPANIES LLC

Defendants

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name:** **STALLION COMPANIES LLC**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Vito Genna
Clerk of the Bankruptcy Court

February 21, 2013
Date

By: /s/Kendra Harris
Deputy Clerk

# Exhibit B

BG NEW ENGLAND POWER SERVICES, INC.
FBO MYSTIC DEVELOPMENT, LLC
THE SCHRAFFT CENTER
529 MAIN ST., SUITE 605
CHARLESTOWN, MA 02129

022922

CITIBANK, N.A.
1-8/210

DATE 6/3/2010

AMOUNT ****20,000.00*

PAY *TWENTY THOUSAND AND XX / 100*

TO THE ORDER OF STALLION COMPANIES LLC

PO BOX 419
Humarock, MA 02047

Security features. Details on back.

⑈022922⑈ ⑆021000089⑆ 9961586996⑈

Post Date: 06/10/2010
Account: 9961586996
Amount: $20,000.00
Routing & Transit: 21000089
Check No.: 22922
Acct of Deposit: 0

BG NEW ENGLAND POWER SERVICES, INC.
FBO MYSTIC DEVELOPMENT, LLC
THE SCHRAFFT CENTER
529 MAIN ST., SUITE 605
CHARLESTOWN, MA 02129

023007

CITI BANK, N.A.
1-8/210

DATE 6/29/2010

AMOUNT ****22,301.00*

PAY *TWENTY-TWO THOUSAND THREE HUNDRED ONE AND XX / 100

TO THE ORDER OF STALLION COMPANIES LLC

PO BOX 419
Humarock, MA 02047

⑈023007⑈ ⑆021000089⑆ 9961586996⑈

RBS CITIZENS NA 07072010
EPROV RI 5976/91/220/919
▶011500120◀
2100745918

Deposit to the Account
of Stallion Companies
1313604477

Post Date: 07/08/2010
Account: 9961586996
Amount: $22,301.00
Routing & Transit: 21000089
Check No.: 23007
Acct of Deposit: 0