**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| BOSTON GENERATING, LLC, *et al*., | ) | Case No. 10-14419 (SCC) |
| Debtors. | ) | |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, | ) | |
| Plaintiff, | ) | Adv. Pro. No. 12-01839 (SCC) |
| v. | ) | |
| STALLION COMPANIES, LLC, | ) | BC 13,0070 |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

Defendant Stallion Companies, LLC ("**Stallion**") having failed to plead or otherwise defend in this adversary proceeding and his default having been entered;

Now, upon application of plaintiff Mark Holliday, the Liquidating Trustee (the "**Liquidating Trustee**") of the BosGen Liquidating Trust (the "**Liquidating Trust**"), and an affidavit demonstrating that Stallion owes the Liquidating Trust the principal amount of forty-two thousand three hundred and one dollars ($42,301.00), and that Stallion is not an infant or incompetent person or in the military service of the United States;

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Liquidating Trustee recover from Stallion, on behalf of the Liquidating Trust, judgment in the amount of **forty-two**

**thousand three hundred and one dollars ($42,301.00)**, with any post-judgment interest as provided by law.

Dated: July 2, 2013
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE



JS#419658